228 So.2d 481

Willie JOHNSON

v.

James W. PONDER.

No. 50141.

Dec. 11, 1969.

In re: James W. Ponder applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge.  225 So.2d 633.

The application is denied.  There appears no error of law in the judgment complained of.

228 So.2d 482

Paul H. JAMESON

v.

ST. TAMMANY PARISH POLICE JURY.

No. 50142.

Dec. 11, 1969.

In re: Paul H. Jameson applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Tammany.  225 So.2d 720.

Writ refused.  The judgment is correct.

McCALEB, J., is of the opinion that the application should be granted.